# United States Court of Appeals
*for the*
# Third Circuit

Case No. 25-1806

UNITED STATES OF AMERICA,

*Appellee,*

v.

JOSEPH SCHWARTZ,

*Appellant.*

On Appeal from a Judgment of the United States District Court
for the District of New Jersey in Case No. 2:22-cr-00013-001,
Hon. Susan D. Wigenton, United States District Judge

**APPELLANT JOSEPH SCHWARTZ'S MOTION TO DISMISS APPEAL AS MOOT AND VACATE JUDGMENT OF CONVICTION IN LIGHT OF PRESIDENTIAL PARDON**

KEVIN H. MARINO
JOHN D. TORTORELLA
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
*Attorneys for Appellant Joseph Schwartz*

Appellant, Joseph Schwartz ("Schwartz"), respectfully moves for an order dismissing this appeal as moot and vacating his judgment of conviction in light of a full and unconditional pardon that President Donald J. Trump issued to him on November 14, 2025. In support of this motion, Schwartz states as follows:

1. On April 11, 2025, the United States District Court for the District of New Jersey (the Honorable Susan D. Wigenton, U.S.D.J.) entered a judgment of conviction (the "Judgment of Conviction") (i) finding Schwartz guilty pursuant to a guilty plea for failing to pay over payroll taxes and failing to file annual tax reports for employee benefit plans, in violation of 26 U.S.C. § 7202, 29 U.S.C. § 1131, and 18 U.S.C. § 2; (ii) imposing a 36-term of imprisonment and supervised release; (iii) imposing a $100,000 fine; and (iv) ordering restitution in the amount of $5,000,000. (Appx41-48.)

2. On April 24, 2025, Schwartz appealed to this Court from the Judgment of Conviction, seeking a remand for resentencing. (Appx49.)

3. On September 19, 2025, the parties completed merits briefing on Schwartz's appeal, which is presently calendared for Monday, February 9, 2026.

4. On November 14, 2025, President Donald J. Trump granted Schwartz a full and conditional pardon (the "Pardon") for his conviction in the action below. (*See* **Exhibit A** (Full and Unconditional Pardon); **Exhibit B** (Executive Grant of Clemency granting Schwartz a "FULL AND UNCONDITIONAL PARDON").)

5. Where, as here, the President pardons a defendant for a conviction the judgment for which is being appealed, the proper remedy is to dismiss the appeal as moot with directions to vacate the judgment of conviction. *See United States v. Schaffer*, 240 F.3d 35, 36-38 (D.C. Cir. 2001) (granting motion to dismiss appeal as moot in light of presidential pardon and further vacating "all opinions, judgments, and verdicts of this court and the District Court" relating to the pardoned charge of conviction); *United States v. Chavannes*, No. 24-2032, 2025 U.S. App. LEXIS 19514, at *1 (2d Cir. June 11, 2025) (granting appellant's unopposed motion to dismiss appeal as moot in light of presidential pardon and ordering the district court judgment vacated); *United States v. St. Cyr*, No. 22-cr-185, 2025 U.S. Dist. LEXIS 166893, at *10 (D.D.C. Aug. 27, 2025) ("[W]hen one is pardoned while the conviction is on appeal, the appeal becomes moot, and [the defendant's] conviction must be vacated." (citing *Schaffer*, 240 F.3d at 38)). *See also Government of the Virgin Islands v. Cohen*, 826 F. App'x 192, 194-95 (3d Cir. 2020) (noting that a general pardon "nullified penalties and disabilities that attached to [a defendant's] offense," meaning that the defendant "is no longer bound by his criminal conviction").

6. Here, the Pardon is full and unconditional and expressly extends to the entirety of Schwartz's conviction and sentence. (*See* **<u>Exhibit A</u>**.) Schwartz

accordingly requests an order that (i) dismisses the above-captioned appeal as moot; and (ii) directs the District Court to vacate his judgment of conviction.

7. Schwartz has conferred with counsel for Appellee, the United States of America, who have stated that the United States does not oppose the relief sought in this motion.

Dated: January 7, 2026
Chatham, New Jersey

Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

By: /s Kevin H. Marino
Kevin H. Marino
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Appellant Joseph Schwartz*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 522 words, excluding the portions of the document exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using the Office 16 version of Microsoft Word and 14-point Times New Roman font.

/s Kevin H. Marino
Kevin H. Marino

Dated: January 7, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I caused the foregoing document to be filed with the Clerk of the Court of the United States Court of Appeals for the Third Circuit by using the Court's CM/ECF system. I further certify that I served all parties via the Court's CM/ECF system.

/s Kevin H. Marino
Kevin H. Marino

Dated: January 7, 2026

# EXHIBIT A

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY THE PRESIDENT HAS GRANTED UNTO

JOSEPH SCHWARTZ

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the District of New Jersey on an indictment (Docket No. 2:22-CR-00013-SDW-1) charging violations of Section 2, Title 18, Section 7202, Title 26, and Section 1131, Title 29, United States Code, for which he was sentenced on April 10, 2025, to a total of 36 months' imprisonment, three years' supervised release, a $100,000 fine, and $5,000,000 restitution.

**THE PRESIDENT HAS DESIGNATED,** directed and empowered the Pardon Attorney as his representative to sign this grant of executive clemency.

*In accordance with these instructions and authority, I have signed my name and caused the seal of the Department of Justice to be affixed hereto and affirm that this action is the act of the President being performed at his direction.*

*Done at the City of Washington, District of Columbia, on November 14, 2025*

**BY DIRECTION OF THE PRESIDENT**

Edward R. Martin, Jr.
Pardon Attorney

# EXHIBIT B

# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Schwartz, 2:22-CR-00013-SDW

JOSEPH SCHWARTZ

I HEREBY DESIGNATE, direct, and empower the Pardon Attorney, as my representative, to administer and sign this grant of clemency to the person named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

*Done at the City of Washington in the District of Columbia this* 14th *day of November in the year of our Lord Two Thousand and Twenty-five and of the Independence of the United States the Two Hundred and Fiftieth.*

DONALD J. TRUMP
PRESIDENT