UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 28, 2025

No. 25-1806

UNITED STATES OF AMERICA

v.

JOSEPH SCHWARTZ,
Appellant

(D.N.J. No. 2:22-00013-001)

Present: CHAGARES, Chief Judge, SCIRICA and RENDELL, Circuit Judges

1. Motion by Appellant for Leave to File Volume 3 of Joint Appendix under Seal

2. Motion by Appellant to Dismiss Appeal as Moot and Vacate Judgment of Conviction in Light of Presidential Pardon.

Respectfully,
Clerk/MS

ORDER

The foregoing motions are hereby granted.

By the Court,

s/Michael A. Chagares
Chief Circuit Judge

Dated: February 9, 2026
MS/cc: All counsel/parties of record