MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY

MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com

February 11, 2026

**VIA ECF**

Patricia S. Dodszuweit, Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *United States of America v. Schwartz*, No. 25-1806

Dear Ms. Dodszuweit:

On February 9, 2026, a panel of this Court granted the unopposed motion of Appellant Joseph Schwartz (Schwartz) to dismiss the above-captioned appeal as moot and vacate his judgment of conviction in light of a presidential pardon. (ECF No. 48.)

Given that the Appellee, the United States of America, did not oppose Schwartz's motion, we respectfully request that the Court immediately issue the mandate in this appeal.

Thank you for your consideration of this submission.

Respectfully submitted,

Kevin H. Marino

cc: Counsel of record (via ECF)